THE PEOPLE OF THE STATE OF NEW YORK ex rel. 176 WEST EIGHTY-SEVENTH STREET CORPORATION v. JACOB A. CANTOR and Others, as Commissioners, etc.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

HUGH S. STANGE and Others v. STUART WALKER, Impleaded, etc.— Motion denied, with ten dollars costs.  Present— Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

SMITH COMPANY, LIMITED, v. GEORGE A. MICROUSTICOS and Others.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

BIRDIE AVERETT v. ABRAHAM M. AVERETT.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

FIRST NATIONAL BANK OF PHILADELPHIA v. NATIONAL PARK BANK OF NEW YORK.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

IRVING O. BALL v. MELVIA S. CROSS, also Known as MELVIA CROSS BALL. — The difference in the decisions between this and the Fourth Department have been resolved by the Court of Appeals in Hubbard v. Hubbard (228 N. Y. 81).  Motion denied, with ten dollars costs.  Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

FAIRFAX HOTEL COMPANY, INC., v. BERNABE BARRIOS.— Motion denied, with ten dollars costs.  Present— Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

A. L. GOSSELIN CORPORATION v. MARIO TAPPARELLI FU PIETRO OF AMERICA, INC., Impleaded, etc.— Motion granted; questions certified. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

In the Matter of P. F. KEOGH, INC.— Motion for stay of proceedings pending appeal granted, provided, however, that the election set by the order appealed from for May 21, 1920, at twelve o'clock, noon, is permitted to be held, the directors thereupon elected not to exercise the duties as such directors pending determination of said appeal or unless authorized by the order to be entered upon such determination.  The said appeal to be noticed for and heard at the June term of this court.  Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

CHARLOTTE P. MUNN v. HARRY T. DUNN.— Motion for stay of proceedings pending appeal granted.  Settle order on notice.  Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

CHARLES E. JENKINS and Others v. JAMES A. JONES, JR., and Others.— Motion for stay of proceedings pending appeal granted.  Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

MAX KANNENGIESSER v. HERMAN ADLER.— Motion for stay of proceedings pending appeal granted.  Settle order on notice.  Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

SARAH E. MACDONALD v. LOTON H. SLAWSON, Impleaded, etc.— Motion granted.  Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.